IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KUNTA ALLAH MUWWAKIL,

    Petitioner,               No. CIV S-10-1877 MCE KJM P

    vs.

R.B. IVES,

    Respondent.           ORDER

                                /

        In light of the objections submitted by petitioner on October 15, 2010, IT IS HEREBY ORDERED that:

        1. Petitioner is granted thirty days within which to submit either the $5.00 filing fee for this action or a completed application to proceed in forma pauperis;

        2. The Clerk of the Court is directed to send petitioner an application to proceed in forma pauperis; and

/////

/////

/////

/////

/////

1

3. Petitioner's failure to comply with this order will result in the court's September 24, 2010 findings and recommendations being submitted to the district court judge assigned to this case for consideration.

DATED: November 9, 2010.

_____
U.S. MAGISTRATE JUDGE

---

1

muww1877.ext